**Order entered June 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00516-CR
No. 05-13-00517-CR

**DONALD GENE BLANTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause Nos. 23078-86, 23592-86**

## ORDER

Appellant's May 31, 2013 "motion for pauper appointment of attorney on this appeal" is

**DENIED**.

/s/    LANA MYERS
       JUSTICE